■ RICHARD FUCHS, Appellant, v LINDA B. FUCHS, Respondent.—Order, Supreme Court, New York County (John Leonforte, J.), entered on or about November 2, 1987, unanimously affirmed for the reasons stated by John Leonforte, J., without costs and without disbursements. Concur—Murphy, P. J., Ross, Milonas, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS CROSDALE, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on April 8, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Carro, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NISHEY BROWN, Appellant.—Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered on March 10, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas and Ellerin, JJ.